UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

RACHELE RUSS,

    Plaintiff,

vs.                                                Case No. 3:04-cv-463-J-HTS

JO ANNE B. BARNHART,
Commissioner of Social
Security,

    Defendant.
_____

### **O R D E R**

This cause is before the Court on Plaintiff's Uncontested Petition for Award of Attorney Fees Under the Equal Access to Justice Act (Doc. #14; Petition). It is represented Defendant has no objection to the amount sought in the Petition. Petition ¶ 6.

A total of 17.75 hours were expended in the representation of Plaintiff before the Court. *Id.* ¶ 8; Itemization of Time Social Security Claim, attached to the Petition as Exhibit A. Plaintiff seeks a total payment of $2,618.12 in fees and $150.00 in costs. Petition ¶¶ 9, 10. This is based on an hourly rate of $147.50. *Id.* ¶ 7.

Having reviewed the Petition and case file herein, the Court finds Plaintiff satisfies the statutory requirements for an award of fees. *See* 28 U.S.C. § 2412(d). Thus, in light of the parties'

agreement, Plaintiff may reasonably be awarded $2,618.12 in attorney fees and $150.00 in costs.[1]

Accordingly, the Petition (Doc. #14) is **GRANTED** and the Clerk of the Court is directed to enter judgment in favor of Plaintiff and against Defendant for attorney fees in the amount of $2,618.12 and costs totaling $150.00.

**DONE AND ORDERED** at Jacksonville, Florida this 2nd day of June, 2005.

/s/      Howard T. Snyder
HOWARD T. SNYDER
UNITED STATES MAGISTRATE JUDGE

Copies to:

Counsel of Record and
    pro se parties, if any

---

[1] The Court notes the total fee sought by Plaintiff is less than the amount allowed under the Equal Access to Justice Act, 28 U.S.C. § 2412, accounting for adjustments due to an increase in the cost of living. See § 2412(d)(2)(A). For the purpose of determining the rate of inflation, the Court visited http://data.bls.gov/cgi-bin/cpicalc.pl (last visited May 27, 2005).